

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00693-CV

**TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES**,
Appellant

v.

George **TREVINO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12528
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  January 8, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal due to settlement.  The motion contains a certificate of service to appellee, who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM